UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : MAGISTRATE NO.: 17-9302

V. : CRIMINAL ACTION

Caroline Thomas : ORDER OF RELEASE

The Court orders the defendant is ordered released on a personal recognizance bond with the following bail conditions:

(✓) Reporting, as directed, to U.S. Pretrial Services;

(✓) Substance Abuse testing/treatment, as directed by U.S. Pretrial Services;

(✓) Mental Health testing/treatment as directed by U.S. Pretrial Services:

( ) The defendant shall appear at all future court proceedings;

(✗) Other: no alcohol use

_____    _____
DEFENDANT                   DATE

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

_____
Honorable Anthony R. Mautone
U.S. Magistrate Judge

1/22/17
DATE